# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL TROY MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED FOOD AND COMMERCIAL WORKERS 8 GOLDEN STATE, et al.,<br><br>    Defendants. | Case No.: 2:20-cv-01911-RFB-NJK<br><br>**ORDER**<br><br>[Docket Nos. 8, 9] |

Pending before the Court are Plaintiff's motions to receive service by email and to extend the filing deadline for a complete *in forma pauperis* application. Docket Nos. 8, 9. For good cause shown, the Court **GRANTS** the motions. The Clerk's Office is **INSTRUCTED** to add Plaintiff's email to the docket for service. No later than April 6, 2021, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee). Failure to comply with this order will result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

Dated: January 6, 2021

                                                          Nancy J. Koppe
                                                         United States Magistrate Judge