**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL TROY MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED FOOD AND COMMERCIAL<br>WORKERS 8 GOLDEN STATE, et al.,<br><br>    Defendants. | Case No.: 2:20-cv-01911-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 11] |

Pending before the Court is Plaintiff's motion to declare that he has been granted leave to proceed *in forma pauperis* in this case. Docket No. 11. The motion is properly resolved without a hearing. *See* Local Rule 78-1.

On December 7, 2020, the Court granted Plaintiff's application to proceed *in forma pauperis*. Docket No. 7. The Court therefore **GRANTS** Plaintiff's motion. Docket No. 11. Further, the Court **AMENDS** its order at Docket No. 10 as follows: No later than April 6, 2021, Plaintiff shall file an Amended Complaint, if the noted deficiencies can be corrected. If Plaintiff chooses to amend the complaint, Plaintiff is informed that the Court cannot refer to a prior pleading (i.e., the original Complaint) in order to make the Amended Complaint complete. This is because, as a general rule, an Amended Complaint supersedes the original Complaint. Local Rule 15-1(a) requires that an Amended Complaint be complete in itself without reference to any prior pleading. Once a plaintiff files an Amended Complaint, the original Complaint no longer serves any function in the case. Therefore, in an Amended Complaint, as in an original Complaint, each claim and the involvement of each Defendant must be sufficiently alleged. **Failure to comply with this order will result in a recommendation that this case be dismissed.**

IT IS SO ORDERED.

Dated: February 25, 2021

_____
Nancy J. Koppe
United States Magistrate Judge