# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL TROY MOORE,

    Plaintiff,

v.

UNITED FOOD AND COMMERCIAL WORKERS 8 GOLDEN STATE, et al.,

    Defendants.

Case No. 2:20-cv-01911-RFB-NJK

**ORDER**

[Docket No. 17]

    Pending before the Court is Plaintiff's motion requesting copies of all docket entries. Docket No. 17. The motion is properly resolved without a hearing. *See* LR 78-1.

    Plaintiff submits that he cannot afford to pay for the fees associated with downloading docket entries from PACER. Docket No. 17 at 1. Plaintiff further submits that he has not received "several docket items and orders from this court[.]" *Id.* at 2. Specifically, Plaintiff submits that he did not receive Docket No. 28. *Id.* However, there is no Docket 28 in this case. *See* Docket. Further, Plaintiff filed an objection to the undersigned's report and recommendation on April 23, 2021, Docket No. 15, indicating that he received a copy of the undersigned's report and recommendation at Docket No. 14. Generally, the Court cannot provide free copies of documents even to indigent plaintiffs proceeding *in forma pauperis* as the relevant statute, 28 U.S.C. § 1915, does not authorize the court to pay the costs for an indigent litigant's copy requests. In this limited instance, however, the Court will grant in part Plaintiff's request and instruct the Clerk's Office to mail Plaintiff copies of the orders issued in this case.

    Accordingly, Plaintiff's motion, Docket No. 17, is hereby **GRANTED** in part. The Clerk's Office is **INSTRUCTED** to mail Plaintiff copies of this order and Docket Nos. 7, 10, 12.

    IT IS SO ORDERED.

    DATED: June 28, 2021

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE