# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL TROY MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED FOOD AND COMMERCIAL WORKERS 8 GOLDEN STATE, et al.,<br><br>    Defendants. | Case No.: 2:20-cv-01911-RFB-NJK<br><br>**ORDER**<br><br>[Docket Nos. 20, 21] |

Pending before the Court are Plaintiff's motions for a copy of his full case file and to order pacermonitor.com to waive access fees. Docket Nos. 20, 21. On April 9, 2021, the undersigned issued a Report and Recommendation recommending dismissal of the amended complaint, which remains pending.[1] *See* Docket No. 14. Accordingly, the Court **DENIES** Plaintiff's motions, Docket Nos. 20, 21, without prejudice pending the resolution of the Report and Recommendation. Should the Report and Recommendation be denied, Plaintiff may refile these motions.

IT IS SO ORDERED.

Dated: May 3, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Plaintiff objected to the Report and Recommendation on April 23, 2021. Docket No. 15.

1