UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL TROY MOORE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED FOOD AND COMMERCIAL WORKERS 8 GOLDEN STATE, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-01911-RFB-NJK<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered on April 9, 2021.[1] ECF No. 14. For the following reasons, the Court accepts and adopts the Report and Recommendation in full.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Pursuant to Local Rule IB 3-2(a), objections were due by April 23, 2021. On April 23, 2021, Plaintiff filed an objection. ECF No. 15.

The Magistrate Judge's Report and Recommendation recommends that this action be dismissed without prejudice for failure to state a claim and lack of personal jurisdiction. The Report

---

[1] Due to an administrative error, there was a delay in the court reviewing this Report and Recommendation.

finds that Plaintiff fails to allege the elements of an ERISA claim and fails to allege sufficient facts to establish a Section 1983 claim. The Report also finds that that Plaintiff fails to establish that the Court has general or specific personal jurisdiction over the Defendants. In the Plaintiff's timely filed Objection, he fails to address any of the issues identified within the Report. Instead, he states that he needs a copy of the Report, and the Court has not provided it to him. However, the Plaintiff is registered with the Court's electronic filing system, and the Report was electronically sent to him. Therefore, the Court rejects the objection as it does not raise sufficient arguments to overcome the findings in the Report. While the Court appreciates Plaintiff's level of personal interest in this case, the Court is obligated to determine if a case can legally proceed and if the Court has jurisdiction over the case and Defendants.

The Court has conducted a *de novo* review of the Report and Recommendation and concurs with the Magistrate Judge's findings, reasoning, and recommendation.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 14) is **ACCEPTED** and **ADOPTED** in full.

**IT IS FURTHER ORDERED** that the Plaintiff's amended complaint (ECF No. 13) be **DISMISSED with prejudice**. The Clerk of the Court is instructed to close this case.

**DATED:** November 25, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**